UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
TAMMY CALLAHAN, representative of
Kevin Callahan,

                              Plaintiff,

    v.                                               09-CV-1441

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
THOMAS J. McAVOY
United States District Judge

## DECISION and ORDER

       This matter brought pursuant to 42 U.S.C. § 405(g) was referred to the Hon. David R. Homer, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(d).

       No objections to the May 5, 2011 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation for the reasons stated therein.

       It is therefore **ORDERED** that the Commissioner's decision denying disability benefits be **AFFIRMED**.

IT IS SO ORDERED.

Dated: June 23, 2011

_____
Thomas J. McAvoy
Senior, U.S. District Judge